**Order entered November 29, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00571-CR

**WINDELL STOKES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 15-50472-422-F**

## ORDER

Before the Court is appellant's November 27, 2018 motion for leave to file his amended brief. Appellant's motion is **GRANTED**.

We **STRIKE** appellant's October 1, 2018 brief. Appellant's amended brief tendered on November 5, 2018 is **ORDERED** filed as of the date of this order.

The State's brief shall be due **THIRTY DAYS** from the date of this order.

/s/     CRAIG STODDART
         JUSTICE